UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ADAM THOMAS SPANO,

    Plaintiff,

v.

SOCIAL SECURITY
ADMINISTRATION
COMMISSIONER NANCY A.
BERRYHILL,

    Defendant.

Case No. 19-cv-11804

UNITED STATES DISTRICT COURT JUDGE
GERSHWIN A. DRAIN

UNITED STATES MAGISTRATE JUDGE
ELIZABETH A. STAFFORD

_____/

**ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION [#4] AND DENYING PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS* [#2]**

This matter is before the Court on Plaintiff's Application to Proceed *In Forma Pauperis*. Dkt. No. 2. The Court referred this matter to Magistrate Judge Elizabeth A. Stafford, who issued a Report and Recommendation Denying the Application. Dkt. No. 4. Plaintiff has not filed an objection to the Report and Recommendation, and the time for doing so has expired. *See* 28 U.S.C. § 636(b)(1)(C) ("Within fourteen days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations as provided by the rules of the court."). Upon review of Plaintiff's Application and

the Magistrate Judge's Report and Recommendation, the Court concludes that the Magistrate reached the correct conclusion.

Accordingly, the Court ACCEPTS and ADOPTS Magistrate Judge Stafford's June 28, 2019 Report and Recommendation [#4] as this Court's findings of fact and conclusions of law. Plaintiff's Application to Proceed *In Forma Pauperis* [#2] is hereby DENIED.

IT IS SO ORDERED.

Dated: July 18, 2019

s/Gershwin A. Drain
HON. GERSHWIN A. DRAIN
United States District Court Judge

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, July 18, 2019, by electronic and/or ordinary mail.

s/Teresa McGovern
Case Manager